AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

ADAM SPENCER,

*Plaintiff(s)*

v.

JAGUAR AND LAND ROVER NORTH AMERICA, LLC,

*Defendant(s)*

Civil Action No. 2:26-cv-14423-DSL

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* JAGUAR LAND ROVER NORTH AMERICA, LLC
CORPORATION SERVICE COMPANY-REGISTERED AGENT
1201 HAYS STREET
TALLAHASSEE, FL 32301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Nicholas Vimo, Esq. (nicholas@floridaovertimelawyer.com)
RICHARD CELLER LEGAL, P.A.
7951 SW 6th Street Suite 316,
Plantation, Florida, 33324
Telephone: (866) 344-9243
Facsimile: (954) 337-2771

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Oct 21, 2026

Angela E. Noble
Clerk of Court

SUMMONS

s/ K. Riles

Deputy Clerk
U.S. District Courts